**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01083-CV

## IN RE EDWARD JAMES POWELL, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-51405-Y**

## ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DENY** relator's September 12, 2017 petition for writ of mandamus.

/s/    BILL WHITEHILL
JUSTICE